UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jermaine Joseph Gomes,<br><br>    Plaintiff<br><br>v.<br><br>Judge Diana L. Sullivan, et al.,<br><br>    Defendants | 2:15-cv-01578-JAD-VCF<br><br>**Order Dismissing Action<br>Under FRCP 4(m)** |

In a two-page complaint citing more than a dozen constitutional and statutory provisions, Jermaine Joseph Gomes sues more than a dozen officers, attorneys, judges, and others, for events that occurred during his state justice-court case.[1] I dismissed Gomes's claims against Public Defender John J. Piro, Esq. under FRCP 12(b)(6),[2] and the Clerk of Court notified Gomes that he had until February 14, 2016, to file a proof of service of process on the other defendants or his case would automatically be dismissed.[3] The February 14, 2016, deadline has passed, and Gomes has not filed proof of service of process on any defendant. Accordingly, with good cause appearing and no reason for delay,

IT IS HEREBY ORDERED that **this case is DISMISSED in its entirety under FRCP 4(m). The Clerk of Court is instructed to CLOSE THIS CASE.**

Dated this 17th day of February, 2016

                                                                        _____
                                                                        Jennifer A. Dorsey
                                                                        United States District Judge

---

[1] ECF 1.

[2] ECF 7.

[3] ECF 8.